999 A.2d 182

**In the Matter of the Honorable Robert C. NALLEY, Commission on Judicial Disabilities CJD 2009–087.**

**Misc. (Subtitle CJD) No. 1, Sept. Term, 2009.**

Court of Appeals of Maryland.

July 21, 2010.

Steven P. Lemmey, Investigative Counsel and Gary J. Kolb, Executive Secretary—Commission on Judicial Disabilities, for appellant.

William C. Brennan, Esq. (Brennan Sullivan & McKenna LLP), Greenbelt, for appellee.

Submitted before BELL, C.J., HARRELL, BATTAGLIA, GREENE, MURPHY *, ADKINS and BARBERA, JJ.

## CONSENT ORDER

Upon consideration of the Agreement for Discipline by Consent filed in the above entitled matter in accordance with Maryland Rule 16–808($l$), it is this 21st day of July 2010:

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Agreement for Discipline by Consent be, and it is hereby, approved; and it is further

ORDERED, that the Agreement for Discipline by Consent shall be made public; and it is further

ORDERED, that Judge Nalley shall be suspended without pay for a period of five (5) work days to be completed within thirty (30) days of July 21, 2010.